IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN QUINONES,

      Plaintiff,

  v.

ROB ST. ANDRE, et al.,

      Defendants.

No. 2:22-CV-0833-DMC-P

<u>ORDER</u>

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 12, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to delays in receiving requested prison records, Plaintiff's motion is granted. Plaintiff may file a first amended complaint within 30 days of the date of this order.

      IT IS SO ORDERED.

Dated: November 9, 2022

                          _____
                          DENNIS M. COTA
                          UNITED STATES MAGISTRATE JUDGE

1