IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINONES,<br><br>        Plaintiff,<br><br>  v.<br><br>ROB ST. ANDRE, et al.,<br><br>        Defendants. | No.  2:22-CV-0833-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 14, for an extension of time to file a first amended complaint.  Good cause appears therefor based on Plaintiff's declarations indicating the need for additional time due to delays in receiving requested prison records. Accordingly,  Plaintiff's motions are granted.  Plaintiff may file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  December 15, 2022

                                                        _____<br>
                                                        DENNIS M. COTA<br>
                                                        UNITED STATES MAGISTRATE JUDGE