IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINONES, | No. 2:22-CV-0833-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| ROB ST. ANDRE, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's fourth motion, ECF No. 18, for an extension of time to file a first amended complaint. Good cause appearing therefor based on Plaintiff's declarations indicating the need for additional time due to a delay in receiving orders from the Court, Plaintiff's motion is granted. Plaintiff may file a first amended complaint within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated: February 1, 2023

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE