IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN QUINONES,** | Case No. 2:22-cv-833-KJM-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **ST. ANDRE, et al.,** | |
| Defendants. | |

After reviewing Defendant's Request to Opt Out of Court's Post Screening ADR Project and Request for Responsive Pleading Deadline, the Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 32) is GRANTED.

2. The stay of this action is LIFTED.

Dated: July 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE